UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

Case No. 2:05cr20192-1B

HERNANDEZ RODRIGUEZ

## ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION

I find that the defendant

Is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. § 1101(a)(20)).

And I further find that the defendant may:

Flee.

I accordingly **ORDER** the detention of the defendant without bail to and including **TUESDAY, MAY 24, 2005** at **3:00 P.M.** in **Courtroom No. 5**, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays and holidays.

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

May 19, 2005

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20192 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT